```
                                    FILED
                                    DEC 21 2010
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR5041-H |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct |
| MICHAEL ROYCE GALYEN, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about March 2, 2010, within the Southern District of California, defendant MICHAEL ROYCE GALYEN, did knowingly possess one or more matters, including computer hard drive(s) and computer media containing digital and computer images that contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which

1  visual depictions were of such conduct; in violation of Title 18,
2  United States Code, Section 2252(a)(4)(B).
3       DATED: December 21, 2010.

                                      LAURA E. DUFFY
                                      United States Attorney

                                      */s/ Matthew J. Gardner*
                                      MATTHEW J. GARDNER
                                      Assistant U.S. Attorney